# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                  Plaintiff,<br><br>   v.<br><br>HENKEL AG & CO. KGAA,<br><br>HENKEL OF AMERICA, INC.,<br><br>HENKEL US OPERATIONS CORP.,<br><br>AIP, LLC d/b/a AMERICAN INDUSTRIAL PARTNERS,<br><br>A-PAINT HOLDING LP,<br><br>   and<br><br>A-PAINT TOPCO, INC.,<br><br>                Defendants. | Case No. 1:25-cv-10371-KPF<br><br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Sarah Kerman for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia and that her contact information is as follows:

> Sarah Kerman
> Federal Trade Commission
> 600 Pennsylvania Avenue, NW
> Washington, DC 20580
> Tel: 202-326-2506
> Email: skerman@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated: December 18, 2025
New York, New York

_____

Hon. Katherine Polk Failla
United States District Judge