UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>    -v.-<br><br>HENKEL AG & CO. KGAA; HENKEL OF AMERICA, INC.; HENKEL US OPERATIONS CORP.; AIP, LLC, *doing business as* AMERICAN INDUSTRIAL PARTNERS; A-PAINT HOLDING LP; and A-PAINT TOPCO, INC.,<br><br>         Defendants. | 25 Civ. 10371 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received the parties' joint letter requesting a bench trial. (Dkt. #63).  Upon further discussions with the parties, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **July 13, 2026**, at **9:00 a.m.**;

- The parties' Joint Pretrial Order, motions in limine, pretrial memoranda of law, and proposed findings of fact and conclusions of law will be due **June 15, 2026**;

- Any opposition papers will be due **June 22, 2026**; and

- The final pretrial conference will be scheduled for **July 7, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials.

SO ORDERED.

Dated:  January 7, 2026
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2