

UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

February 3, 2026

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



     Re:    Federal Trade Commission v. Henkel AG & Co. KGaA, et al.,
           Case No. 1:25-cv-10371-KPF

Dear Judge Failla:

     The Federal Trade Commission ("FTC") writes to inform the Court and Defendants that Congress has appropriated funds for the FTC and the agency will resume normal operations tomorrow, February 4, 2026. The FTC thus respectfully requests to withdraw as moot its letter motion for a stay of proceedings, Dkt. No. 76. Again, we greatly regret any disruption caused to the Court and the other litigants on account of the lapse in appropriations.

           Respectfully submitted,

           */s/ Abby L. Dennis*
           Abby L. Dennis
           Federal Trade Commission
           600 Pennsylvania Avenue, N.W.
           Washington, D.C. 20580
           Phone: (202) 326- 2381
           Email: adennis@ftc.gov

           *Counsel for Plaintiff Federal Trade Commission*

cc: All Counsel of Record (via ECF)

In light of the above update, the Court considers the FTC's motion to stay proceedings to be moot.

The Clerk of Court is directed to terminate the pending motion at docket entry 76.

Dated:      February 3, 2026          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE