AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-10371-KPF |
| HENKEL AG & CO. KGAA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Menard, Inc.                                                                 .

Date:    04/21/2026

*Fernando C. Rivera-Maissonet*
*Attorney's signature*

Fernando C. Rivera-Maissonet, 4895694
*Printed name and bar number*

Hinshaw & Culbertson
800 Third Avenue
13th Floor
New York, NY 10022
*Address*

friveramaissonet@hinshawlaw.com
*E-mail address*

(212) 471-6200
*Telephone number*

*FAX number*