AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-10371-KPF |
| HENKEL AG & CO. KGAA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Henkel AG & Co. KGaA                                                                    .

Date:    04/28/2026

*/s/* David I. Gelfand
*Attorney's signature*

David I. Gelfand
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037

*Address*

dgelfand@cgsh.com
*E-mail address*

(202) 974-1690
*Telephone number*

(202) 974-1999
*FAX number*