May 1, 2026

**<u>VIA ECF</u>**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

> Re:    <u>Federal Trade Commission v. Henkel AG & Co. KGaA, et al.,</u>
>        <u>Case No. 1:25-cv-10371-KPF</u>

Dear Judge Failla:

The parties jointly and respectfully submit this letter pursuant to Paragraph 15.b. of the January 28, 2026, Case Management Plan and Scheduling Order. ECF No. 74. The parties have reached agreement on limitations on pretrial motions *in limine*, pretrial memorandum of law, and proposed findings of fact and conclusions of law.

**<u>Motions *in Limine*</u>**

The parties have agreed that each side shall combine any motions *in limine* into a single filing that complies with the Court's Individual Rule 4.b and shall do the same for any responses thereto.

**<u>Pretrial Memorandum of Law</u>**

The parties have agreed that each side's pretrial memorandum of law shall comply with the Court's Individual Rule 4.b.

**<u>Proposed Findings of Fact and Conclusions of Law</u>**

The parties have agreed that each side's pretrial proposed findings of fact and conclusions of law shall not exceed 100 pages, should the Court be amenable.

Subject to the Court's preferences, the parties believe a set of posttrial proposed findings of fact and conclusions of law are appropriate.

*          *          *

The parties have been conferring, but have not yet reached agreement regarding other open trial issues, including limiting the number of exhibits on each side's final exhibit list and the number of witnesses on each side's final witness list.

1

Defendant's Position: Given the upcoming June 3 deadline for various exchanges, Defendants respectfully request a conference with the Court on May 8 or as soon thereafter as is convenient for the Court to address and for the parties to receive guidance on open trial issues including: (1) an exhibit cap and the process for admitting exhibits, (2) limits and timing for deposition designations, and (3) the number of trial witnesses. Defendants have had several meetings with the FTC about these issues but have yet to receive the FTC's positions.

FTC's Position: The FTC believes a conference with the Court is premature. The parties met and conferred on April 23, April 27, and April 30, and continue to discuss these and other topics, some of which were raised by Defendants for the first time yesterday. The FTC also has not yet received Defendants' expert report, which is due by 11:59 pm on Tuesday, May 5, and will inform the FTC's position on these issues. The FTC submits that, on May 12, 2026, the parties provide the Court with an update on their negotiations and whether a conference would be helpful to the parties.

Respectfully submitted,

/s/ J. Alexander Ansaldo
J. Alexander Ansaldo
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3695
Email: jansaldo@ftc.gov

/s/ Ryan A. Shores
Ryan A. Shores
Cleary Gottlieb Steen & Hamilton
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
Phone: (202) 974-1500
Email: rshores@cgsh.com
*Counsel for Henkel AG, Henkel of America, Inc., Henkel US Operations Corp.*

/s/ Edward William Duffy
Edward William Duffy
Baker Botts LLP
700 K Street NW
Washington, DC 20001
Phone: (202) 639-7700
Email: ed.duffy@bakerbotts.com
*Counsel for AIP, LLC, A-Paint Holding LP, A-Paint Topco, Inc.*

cc: All Counsel of Record (via ECF)