AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-10371-KPF |
| HENKEL AG & CO. KGAA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Menard, Inc.                                                                        .

Date:    05/19/2026

*Joseph Sanders*
*Attorney's signature*

Joseph Sanders, 4397204
*Printed name and bar number*

Hinshaw & Culbertson
151 N Franklin
Suite 2500
Chicago, IL 60606
*Address*

jmsanders@hinshawlaw.com
*E-mail address*

(312) 704-3000
*Telephone number*

*FAX number*