

UNITED STATES OF AMERICA
## Federal Trade Commission
WASHINGTON, D.C. 20580

Justin Epner
Attorney
(202) 326-2942
jepner@ftc.gov

June 8, 2026

**<u>VIA ECF</u>**

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Re:    <u>Federal Trade Commission v. Henkel AG & Co KGaA, et al. Case No. 1:25-cv-10371</u>

Dear Judge Failla:

Pursuant to this Court's Rule of Individual Practice 9(B)(i), Paragraph 9 of the Stipulated Protective Order, ECF No. 59 (the "Protective Order"), and ECF No. 133, the Federal Trade Commission ("FTC") respectfully submits this letter motion seeking an order temporarily sealing portions of Plaintiff's Motion to Exclude Testimony of Dr. Elizabeth Bailey ("Motion").

The information the FTC seeks to redact in the Motion references information designated confidential by Defendants and nonparties. In designating the information confidential, Defendants and nonparties asserted that the information is commercially and competitively sensitive. The Court has previously granted the parties' request to file June 15 submissions temporarily under seal while the parties and nonparties assess what information they may seek to permanently seal. *See* ECF 133 at 7. And the Court has instructed that Paragraph 9 of the Protective Order obviates the need for separate sealing motions. *Id.*

To comply with the Protective Order, the FTC respectfully requests that this letter motion be granted in its entirety and the Court "So Order" the FTC's request to file portions of the Motion to Exclude Testimony of Dr. Elizabeth Bailey and supporting materials temporarily under seal.

Dated: June 8, 2026            Respectfully submitted,

 */s/ Justin Epner*
Justin Epner (DC Bar No. 1028431) (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2942
Email: jepner@ftc.gov

Abby L. Dennis (DC Bar No. 994476) (*pro hac vice*)
Peggy Femenella (DC Bar No. 4727700) (*pro hac vice*)
Nicole Lindquist (DC Bar No. 975593) (*pro hac vice)*
Joseph Alexander Ansaldo (VA Bar No. 75870) (*pro hac vice*)
Maria Cirincione (DC Bar No. 999496) (*pro hac vice*)
Christopher D'Silva (NY Bar No. 6085070) (*pro hac vice*)
Justin Epner (DC Bar No. 1028431) (*pro hac vice*)
Sean Hughto (DC Bar No. 421224) (*pro hac vice*)
Frances Anne Johnson (MD Bar No. 1412170060) (*pro hac vice*)
Sarah Kerman (DC Bar No. 90017957) (*pro hac vice*)
Timothy Singer (DC Bar No. 1048769) (*pro hac vice*)
Edmund Saw (NY Bar No. 5680293) (*pro hac vice*)

*Counsel for Plaintiff Federal Trade Commission*

cc: All Counsel of Record (via ECF)