**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

FEDERAL TRADE COMMISSION,

               Plaintiff,

        v.

HENKEL AG & CO. KGAA,

HENKEL OF AMERICA, INC.,

HENKEL US OPERATIONS CORP.,

AIP, LLC d/b/a AMERICAN INDUSTRIAL

PARTNERS,

A-PAINT HOLDING LP,

       and

A-PAINT TOPCO, INC.,

               Defendants.

Case No. 1:25-cv-10371-KPF

**PLAINTIFF'S NOTICE OF
MOTION TO EXCLUDE
TESTIMONY OF
DR. ELIZABETH BAILEY**

---

PLEASE TAKE NOTICE that upon the attached Memorandum of Law, Declaration of Justin Epner, and accompanying exhibits in support of Plaintiff Federal Trade Commission's Motion to Exclude Testimony of Dr. Elizabeth Bailey, Plaintiff Federal Trade Commission respectfully moves this Court for an order granting its motion. The Federal Trade Commission has conferred with counsel for Defendants regarding the relief sought in this motion, and Defendants oppose the motion.

1

Dated: June 8, 2026

Respectfully submitted,

*/s/ Justin Epner*
Justin Epner (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2942
Email: jepner@ftc.gov

Abby L. Dennis (DC Bar No. 994476) (*pro hac vice*)
Peggy Femenella (DC Bar No. 4727700) (*pro hac vice*)
Nicole Lindquist (DC Bar No. 975593) (*pro hac vice)*
Joseph Alexander Ansaldo (VA Bar No. 75870) (*pro hac vice*)
Maria Cirincione (DC Bar No. 999496) (*pro hac vice*)
Christopher D'Silva (NY Bar No. 6085070) (*pro hac vice*)
Justin Epner (DC Bar No. 1028431) (*pro hac vice*)
Sean Hughto (DC Bar No. 421224) (*pro hac vice*)
Frances Anne Johnson (MD Bar No. 1412170060) (*pro hac vice*)
Sarah Kerman (DC Bar No. 90017957) (*pro hac vice*)
Timothy Singer (DC Bar No. 1048769) (*pro hac vice*)
Edmund Saw (NY Bar No. 5680293) (*pro hac vice*)

*Counsel for Plaintiff Federal Trade Commission*

2