## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

HENKEL AG & CO. KGAA,

HENKEL OF AMERICA, INC.,

HENKEL US OPERATIONS CORP.,

AIP, LLC d/b/a AMERICAN INDUSTRIAL

PARTNERS,

A-PAINT HOLDING LP,

and

A-PAINT TOPCO, INC.,

Defendants.

**PUBLIC VERSION**

Case No. 1:25-cv-10371-KPF

### DECLARATION OF JUSTIN EPNER IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DR. ELIZABETH BAILEY

I, Justin Epner, an attorney acting on behalf of the United States government, declare that the following is true and correct under penalty of perjury.

1. I am an attorney at the Federal Trade Commission (the "Commission" or "FTC"), Bureau of Competition, and counsel for Plaintiff FTC in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration. I submit this declaration in support of the FTC's Motion to Exclude Testimony of Dr. Elizabeth Bailey.

1

2. Attached as Exhibit A to this declaration is a true and correct copy of the Report of Dr. Elizabeth Bailey dated May 5, 2026, served by Defendants in this matter and designated Confidential. This exhibit is being filed under seal.

3. Attached as Exhibit B to this declaration is a true and correct copy of excerpts of the transcript of the deposition of Dr. Elizabeth Bailey taken in this action on May 28, 2026, and designated Confidential. This exhibit is being filed under seal.

4. Attached as Exhibit C to this declaration is a true and correct copy of the Initial Expert Report of Dr. Marc Luppino dated April 10, 2026, in this matter and designated Confidential. This exhibit is being filed under seal.

5. Attached as Exhibit D to this declaration is a true and correct copy of ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮, designated as Confidential by A-Paint in this matter. This exhibit is being filed under seal.

6. Attached as Exhibit E to this declaration is a true and correct copy of excerpts of the transcript of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and designated as Confidential. This exhibit is being filed under seal.

7. Attached as Exhibit F to this declaration is a true and correct copy of excerpts of the transcript of the deposition of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ taken in this action on March 26, 2026, and designated as Confidential. This exhibit is being filed under seal.

8. Attached as Exhibit G to this declaration is a true and correct copy of ▮▮▮▮▮▮▮▮ ▮▮▮▮▮), designated as Confidential by A-Paint in this matter. This exhibit is being filed under seal.

2

9. Attached as Exhibit H to this declaration is a true and correct copy of ███████████████

████████ ), designated as Confidential by Henkel in this matter. This exhibit is being filed

under seal.

10. Attached as Exhibit I to this declaration is a true and correct copy of ███████████████

████████ , designated as Confidential by Henkel in this matter. This exhibit is being filed

under seal.

11. Attached as Exhibit J to this declaration is a true and correct copy of ██████████████

████████ , designated as Confidential by Henkel in this matter. This exhibit is being filed

under seal.

12. Attached as Exhibit K to this declaration is a true and correct copy of ██████████████

████████ designated as Confidential by A-Paint in this matter. This exhibit is being filed

under seal.

13. Attached as Exhibit L to this declaration is a true and correct copy of ██████████████

████████ , designated as Confidential by A-Paint in this matter. This exhibit is being filed

under seal.

14. Attached as Exhibit M to this declaration is a true and correct copy of ██████████████

████████ , designated as Confidential by Henkel in this matter. This exhibit is being filed

under seal.

15. Attached as Exhibit N to this declaration is a true and correct copy of ██████████████

████████ , designated as Confidential by Henkel in this matter. This exhibit is being filed

under seal.



16. Attached as Exhibit O to this declaration is a true and correct copy of ▬▬▬▬▬▬ ▬▬▬▬▬▬ designated as Confidential in this matter. This exhibit is being filed under seal.

17. Attached as Exhibit P to this declaration is a true and correct copy of ▬▬▬ ▬▬▬▬▬, designated as Confidential in this matter. This exhibit is being filed under seal.

18. Attached as Exhibit Q to this declaration is a true and correct copy of ▬▬▬▬▬ ▬▬▬▬, designated as Confidential by Henkel in this matter. This exhibit is being filed under seal.

19. Attached as Exhibit R to this declaration is a true and correct copy of ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬, designated as Confidential by Henkel in this matter. This exhibit is being filed under seal.

20. Attached as Exhibit S to this declaration is a true and correct copy of ▬▬▬▬▬ ▬▬▬, designated as Confidential by A-Paint in this matter. This exhibit is being filed under seal.

21. Attached as Exhibit T to this declaration is a true and correct copy of ▬▬▬▬▬ ▬▬▬, designated as Confidential by Henkel in this matter. This exhibit is being filed under seal.

22. Attached as Exhibit U to this declaration is a true and correct copy of excerpts of the transcript of the deposition of ▬▬▬▬▬▬▬▬▬▬ taken in this action on March 13, 2026, and designated as Confidential. This exhibit is being filed under seal.

4

23. Attached as Exhibit V to this declaration is a true and correct copy of ███████████ ████████, designated as Confidential by Henkel in this matter. This exhibit is being filed under seal.

24. Attached as Exhibit W to this declaration is a true and correct copy of excerpts of the transcript of the deposition of ███████████████████ taken in this action on March 31, 2026, and designated as Confidential. This exhibit is being filed under seal.

25. Attached as Exhibit X to this declaration is a true and correct copy of ███████████ ██████, designated as Confidential by A-Paint in this matter. This exhibit is being filed under seal.

26. Attached as Exhibit Y to this declaration is a true and correct copy of excerpts of the transcript of the deposition of ████████████████████████ taken in this action on March 4, 2026, and designated as Confidential. This exhibit is being filed under seal.

27. Attached as Exhibit Z to this declaration is a true and correct copy of ███████████ ██████, designated as Confidential by A-Paint in this matter. This exhibit is being filed under seal.

28. Attached as Exhibit AA to this declaration is a true and correct copy of excerpts of the transcript of the deposition of ████████████████████████████ ███████████ taken in this action on March 20, 2026, and designated as Confidential. This exhibit is being filed under seal.

29. Attached as Exhibit BB to this declaration is a true and correct copy of █████ ███████████, designated as Confidential in this matter. This exhibit is being filed under seal.

5

30. Attached as Exhibit CC to this declaration is a true and correct copy of ████████████ ████████████, designated as Confidential by Henkel in this matter. This exhibit is being filed under seal.

31. Attached as Exhibit DD to this declaration is a true and correct copy of ████████ ████████████, designated as Confidential by Henkel in this matter. This exhibit is being filed under seal.

32. Attached as Exhibit EE to this declaration is a true and correct copy of excerpts of the transcript of the deposition of ████████████████████████████████ taken in this action on February 10, 2026, and designated as Confidential. This exhibit is being filed under seal.

33. Attached as Exhibit FF to this declaration is a true and correct copy of excerpts of the transcript of the deposition of █████████████████████████████████ taken in this action on April 7, 2026, and designated as Confidential. This exhibit is being filed under seal.

34. Attached as Exhibit GG to this declaration is a true and correct copy of ████████ ████████████, designated as Confidential in this matter. This exhibit is being filed under seal.

35. Attached as Exhibit HH to this declaration is a true and correct copy of excerpts of the transcript of the deposition of ██████████████████████ taken in this action on March 19, 2026, and designated as Confidential. This exhibit is being filed under seal.

36. Attached as Exhibit II to this declaration is a true and correct copy of excerpts of the transcript of the deposition of ████████████████████████████████

taken in this action on February 19, 2026, and designated as Confidential. This exhibit is being filed under seal.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2026

Respectfully submitted,

*/s/ Justin Epner*
Justin Epner (DC Bar No. 1028431) (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2942
Email: jepner@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*