## CERTIFICATE OF SERVICE

I hereby certify that the sealed Defendants' Pretrial Memorandum of Law and Proposed Findings of Fact and Conclusions of Law were served on this 15th day of June, 2026, via email on the below:

**Abby Lauren Dennis**
adennis@ftc.gov

**Adam C. Mendel**
amendel@ftc.gov

**Christopher D'Silva**
cdsilva@ftc.gov

**Edmund Saw**
esaw@ftc.gov

**Frances Anne Johnson**
fjohnson@ftc.gov

**Joseph Alexander Ansaldo**
jansaldo@ftc.gov

**Justin Epner**
jepner@ftc.gov

**Kelse Moen**
kmoen@ftc.gov

**Maria Cirincione**
mcirincione@ftc.gov

**Nathan Brenner**
nbrenner@ftc.gov

**Nicole Lindquist**
nlindquist@ftc.gov

**Peggy Femenella**
pbayer@ftc.gov

**Richard Mosier**
rmosier@ftc.gov

**Sean Hughto**
shughto@ftc.gov

**Timothy Patrick Singer**
tsinger@ftc.gov

**Edward William Duffy**
ed.duffy@bakerbotts.com

**Paul Christopher Cuomo**
paul.cuomo@bakerbotts.com

**Andrew Leader Lucarelli**
drew.lucarelli@bakerbotts.com

1

**Erik Thomas Koons**

erik.koons@bakerbotts.com

**Linda Halliday Martin**

linda.h.martin@bakerbotts.com

**Rachel Marie Rasp**

rachel.rasp@bakerbotts.com

Dated: June 15, 2026

\*        \*        \*

/s/ David I. Gelfand

CLEARY GOTTLIEB STEEN & HAMILTON LLP
**David I. Gelfand**
dgelfand@cgsh.com
2112 Pennsylvania Avenue NW
Washington, DC 20037
(202) 974-1690

*Attorney for Defendants Henkel AG & Co. KGAA, Henkel of America, Inc., and Henkel US Operations Corp.*

2