# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-10371-KPF |
| | ) | |
| vs. | ) | |
| | ) | |
| HENKEL AG & CO. KGAA, | ) | |
| | ) | |
| HENKEL OF AMERICA, INC., | ) | |
| | ) | |
| HENKEL US OPERATIONS CORP., | ) | |
| | ) | |
| AIP, LLC d/b/a AMERICAN | ) | |
| INDUSTRIAL PARTNERS, | ) | |
| | ) | |
| A-PAINT HOLDING LP, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A-PAINT TOPCO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF BRYAN S. NEFT, ESQUIRE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Bryan S. Neft, hereby moves for an Order of admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Third-Party Witness, Paul Staver, in the above-captioned matter.

I am in good standing of the bars of the states of California, Pennsylvania, Ohio and West Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. In support of this motion,

-2-

undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Bryan S. Neft filed herewith as *Exhibit A*, which satisfies the requirements of Local Rule 1.3.

Frances Ann Johnson, counsel for the FTC and Drew Lucarelli, counsel for Defendants gave verbal consent to this motion.

Dated:   June 22, 2026                              Respectfully submitted,


By:_____
          Bryan S. Neft, Esquire

          Spilman Thomas & Battle, PLLC
          One Oxford Centre
          301 Grant Street, Suite 3400
          Pittsburgh, PA  15219
          Telephone: 412-325-3317
          Facsimile:  412-325-3324
          BNeft@spilmanlaw.com

          *Attorneys for Third-Party Witness,*
          *Paul Staver*

*Doc #22937606*

# Exhibit "A"

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-10371-KPF |
| | ) | |
| vs. | ) | |
| | ) | |
| HENKEL AG & CO. KGAA, | ) | |
| | ) | |
| HENKEL OF AMERICA, INC., | ) | |
| | ) | |
| HENKEL US OPERATIONS CORP., | ) | |
| | ) | |
| AIP, LLC d/b/a AMERICAN | ) | |
| INDUSTRIAL PARTNERS, | ) | |
| | ) | |
| A-PAINT HOLDING LP, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A-PAINT TOPCO, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF BRYAN S. NEFT
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Bryan S. Neft, make this affidavit in support of the motion for my admission to appear

and practice in this Court in the above-captioned matter as counsel pro hac vice for Third-Party

Witness, Paul Staver in the above-captioned matter pursuant to LCvR 1.3(c).

I, Bryan S. Neft, being duly sworn, do hereby depose and state as follows:

1.      I am an attorney practicing with the law firm of Spilman Thomas & Battle, PLLC,

One Oxford Centre, 301 Grant Street, Suite 3400, Pittsburgh, PA  15219.

2.      I am a member in good standing of the bars of Pennsylvania (Bar No. 60007);

Ohio (Bar No. 0071770); West Virginia (Bar No. 7028); and California (Bar No. 146615).

3.      Current Certificates of Good Standing from the supreme courts of Pennsylvania,

Ohio, West Virginia and California are attached to this Affidavit as *Exhibits A.1*, *A.2*, *A.3* and

*A.4*, respectively.

4.      I am presently a member in good standing in all courts before which I am

admitted to practice.

5.      No disciplinary or grievance proceedings have been filed or are pending against

me.

6.      I have never been convicted of a felony.

7.      I have never been censured, suspended, disbarred or denied admission  or

readmission by any court.

8.      I have read, know and understand the Local Rules of the Court for the Southern

District of New York.

Dated: June 22, 2026

_____
Bryan S. Neft

Sworn to and subscribed
before me this 22nd day
of June 2026.

_____
Notary Public

| Commonwealth of Pennsylvania - Notary Seal |
| Marcia A Craig, Notary Public |
| Allegheny County |
| My commission expires January 29, 2027 |
| Commission number 1344005 |

#22937642

-2-



EXHIBIT
**A.1**

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Bryan Scott Neft, Esq.*

#### DATE OF ADMISSION

#### *December 19, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 10, 2026**

Nicole Traini
Chief Clerk

EXHIBIT
**A.2**

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education (CLE) Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Bryan Scott Neft**
Attorney Registration No. **0071770**

was admitted to the practice of law in Ohio on February 9, 2000; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 9th day of June, 2026.



MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Kirstyn Moyers
*Registration and Continuing Legal Education (CLE) Manager*



No. 2026-06-09-1
Verify by email at GoodStandingRequests@sc.ohio.gov

*STATE OF WEST VIRGINIA*

    *I, Jennelle H. Jones, Chief Deputy Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Bryan S. Neft, of Pittsburgh, Pennsylvania, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 23rd day of January, 1996, is an attorney in good standing in said Court, and is currently on active status.*

    *Given under my hand and seal of said Court, at Charleston, West Virginia, this 10th day of June 2026, and in the 163rd year of the State.*

*Chief Deputy Clerk, Supreme Court of Appeals of West Virginia*



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *BRYAN SCOTT NEFT*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that BRYAN SCOTT NEFT, #146615, was on the 11th day of June duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.

Witness my hand and the seal of the court on the 10th day of June 2026.

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
D. Urzua, Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 22nd day of June, 2026, a true and correct

copy of the foregoing **Motion for Admission *Pro Hac Vice* of Bryan S. Neft** was served upon

all counsel of record through the Court's CM/ECF system.

By:    _____

Bryan S. Neft, Esquire

*Attorneys for Third-Party Witness,*
*Paul Staver*