**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Federal Trade Commission, | |
| *Plaintiff*, | |
| v. | 1:25-cv-10371-KPF |
| Henkel AG & Co. KGaA, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF CLOTILDE LE ROY IN SUPPORT OF DEFENDANTS'
MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO
EXCLUDE THE TESTIMONY OF DR. ELIZABETH BAILEY**

I, Clotilde Le Roy, declare as follows pursuant to 28 U.S.C. § 1746 in support of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Exclude the Testimony of Dr. Elizabeth Bailey:

1. I am an attorney with the law firm Cleary Gottlieb Steen & Hamilton LLP, and I represent Defendants Henkel AG, Henkel US Operations Corp., and Henkel of America, Inc. in the above captioned matter. I have personal knowledge of the facts set forth in this declaration and declare the following is true and correct under penalty of perjury.

2. Attached as Exhibit A to this declaration is a true and correct copy of the Report of Dr. Marc Luppino dated April 10, 2026, served by Plaintiff in this matter and designated Confidential. This exhibit is being filed under seal.

3. Attached as Exhibit B to this declaration is a true and correct copy of the report of Dr. Elizabeth Bailey dated May 5, 2026, served by Defendants in this matter and designated Confidential. This exhibit is being filed under seal.

4. Attached as Exhibit C to this declaration is a true and correct copy of the Reply Report of Dr. Marc Luppino dated May 19, 2026, served by Plaintiff in this matter and designated Confidential. This exhibit is being filed under seal.

5. Attached as Exhibit D to this declaration is a true and correct copy of Updated Exhibits 35 and 39 to the Bailey Report emailed to Plaintiff on May 21, 2026 and designated Confidential. This exhibit is being filed under seal.

6. Attached as Exhibit E to this declaration is a true and correct copy of Exhibit 39 to the Bailey Report with SKU Controls introduced as Exhibit DX003 during the May 28, 2026 deposition of Dr. Luppino, and designated Confidential. This exhibit is being filed under seal.

Dated: June 22, 2026

Respectfully submitted,

/s/ Clotilde Le Roy
Clotilde Le Roy
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 974-1582
cleroy@cgsh.com

*Counsel for Defendants Henkel AG & Co. KGAA, Henkel of America, Inc., and Henkel US Operations Corp.*

2