**CERTIFICATE OF SERVICE**

I hereby certify that the sealed Defendants' Opposition to Plaintiff's Motion to Exclude Testimony of Dr. Elizabeth Bailey and supporting documents were served on the 22nd day of June, 2026, via email on the below:

**Abby Lauren Dennis**
adennis@ftc.gov

**Adam C. Mendel**
amendel@ftc.gov

**Christopher D'Silva**
cdsilva@ftc.gov

**Edmund Saw**
esaw@ftc.gov

**Frances Anne Johnson**
fjohnson@ftc.gov

**Joseph Alexander Ansaldo**
jansaldo@ftc.gov

**Justin Epner**
jepner@ftc.gov

**Kelse Moen**
kmoen@ftc.gov

**Maria Cirincione**
mcirincione@ftc.gov

**Nathan Brenner**
nbrenner@ftc.gov

**Nicole Lindquist**
nlindquist@ftc.gov

**Peggy Femenella**
pbayer@ftc.gov

**Richard Mosier**
rmosier@ftc.gov

**Sean Hughto**
shughto@ftc.gov

**Timothy Patrick Singer**
tsinger@ftc.gov

**Edward William Duffy**
ed.duffy@bakerbotts.com

**Paul Christopher Cuomo**
paul.cuomo@bakerbotts.com

**Andrew Leader Lucarelli**
drew.lucarelli@bakerbotts.com

1

**Erik Thomas Koons**

erik.koons@bakerbotts.com

**Linda Halliday Martin**

linda.h.martin@bakerbotts.com

**Rachel Marie Rasp**

rachel.rasp@bakerbotts.com

Dated: June 23, 2026

\*        \*        \*

/s/ Clotilde Le Roy
CLEARY GOTTLIEB STEEN & HAMILTON LLP
**Clotilde Le Roy**
cleroy@cgsh.com
2112 Pennsylvania Avenue NW
Washington, DC 20037
(202) 974-1582

*Attorney for Defendants Henkel AG & Co. KGAA, Henkel of America, Inc., and Henkel US Operations Corp.*