## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No.  1:25-cv-10371-KPF |
| | ) | |
| vs. | ) | |
| | ) | |
| HENKEL AG & CO. KGAA, | ) | |
| | ) | **ORDER FOR ADMISSION PRO HAC** |
| HENKEL OF AMERICA, INC., | ) | **VICE** |
| | ) | |
| HENKEL US OPERATIONS CORP., | ) | |
| | ) | |
| AIP, LLC d/b/a AMERICAN | ) | |
| INDUSTRIAL PARTNERS, | ) | |
| | ) | |
| A-PAINT HOLDING LP, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A-PAINT TOPCO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

The motion of Bryan S. Neft, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Pennsylvania, Ohio, West Virginia and California; and that his/her contact information is as follows (please print):

Applicant's Name:  Bryan S. Neft

Firm Name:  Spilman Thomas & Battle, PLLC

Address:  301 Grant Street, Suite 3440

City/State/Zip:  Pittsburgh, PA  15219

-2-

Telephone/Fax:    (412) 325-3317/(412) 325-3324

Email: bneft@spilmanlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Third-Party Witness, Paul Staver, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry 150.

Dated: June 23, 2026
       New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge

-2-