IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HENKEL AG & CO. KGAA,<br><br>HENKEL OF AMERICA, INC.,<br><br>HENKEL US OPERATIONS CORP.,<br><br>AIP, LLC d/b/a AMERICAN INDUSTRIAL PARTNERS,<br><br>A-PAINT HOLDING LP,<br><br>and<br><br>A-PAINT TOPCO, INC.,<br><br>Defendants. | Case No. 1:25-cv-10371-KPF<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Taylor Hoogendoorn for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas and the District of Columbia and that his contact information is as follows:

Taylor Hoogendoorn
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: 202-326-2608
Email: thoogendoorn@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at docket entry 151.

June 23, 2026

Dated: _____      _____

United States District Judge