June 22, 2026

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   Federal Trade Commission v. Henkel AG & Co. KGaA, et al.,
      Case No. 1:25-cv-10371-KPF

Dear Judge Failla:

Pursuant to Rule 9(B)(i) of the Court's individual rules, and Paragraph 9 of the Protective Order (ECF No. 59), Defendants respectfully request that the Court enter an Order temporarily permitting Defendants to file their Response to Plaintiff's Motion to Exclude Testimony of Dr. Elizabeth Bailey (ECF No. 136) under seal.

The Court previously granted Plaintiff's request to file their Motion under seal in order to protect sensitive information concerning the Defendants and third-parties that was designated confidential under the terms of the Protective Order.  *See* ECF No. 142; ECF No. 135.  Like Plaintiff's Motion, Defendants' Response includes commercially and competitively sensitive information concerning Defendants and nonparties that has previously been designated as confidential.

Accordingly, consistent with the terms of the Protective Order and the Court's May 14, 2026 Memo Endorsement (ECF No. 133), Defendants respectfully request permission to file a redacted version of the Response on the public docket and to file an unredacted version under seal while the parties and non-parties confer about which information must be permanently sealed.

1

Dated: June 22, 2026

Respectfully submitted,

*/s/ David I. Gelfand*
David I. Gelfand
Cleary Gottlieb Steen & Hamilton
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
Phone: (202) 974-1500
Email: dgelfand@cgsh.com

*Counsel for Henkel AG, Henkel of America, Inc., Henkel US Operations Corp.*

*/s/ Edward W. Duffy with permission*
Edward W. Duffy
Baker Botts LLP
700 K Street NW
Washington, DC 20001
Phone: (202) 639-7700
Email: ed.duffy@bakerbotts.com

*Counsel for AIP, LLC, A-Paint Holding LP, A-Paint Topco, Inc.*

cc: All Counsel of Record (via ECF)

Application GRANTED.

The Clerk of Court is directed to maintain portions of Defendants' response to the FTC's motion to exclude the testimony of Dr. Elizabeth Bailey and supporting papers under seal, viewable to the Court and the parties only.

The Clerk of Court is further directed to terminate the pending motion at docket entry 152.

Dated:   June 23, 2026        SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE