**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

              Plaintiff,

      v.

HENKEL AG & CO. KGAA,

HENKEL OF AMERICA, INC.,

HENKEL US OPERATIONS CORP.,

AIP, LLC d/b/a AMERICAN INDUSTRIAL

PARTNERS,

A-PAINT HOLDING LP,

      and

A-PAINT TOPCO, INC.,

             Defendants.

Case No. 1:25-cv-10371-KPF

**DECLARATION OF EDMUND SAW IN SUPPORT OF PLAINTIFF'S**
**MOTION TO EXCLUDE TESTIMONY OF DR. ELIZABETH BAILEY**

I, Edmund Saw, an attorney acting on behalf of the United States government, declare

that the following is true and correct under penalty of perjury.

1. I am an attorney at the Federal Trade Commission (the "Commission" or "FTC"), Bureau of

Competition, and counsel for Plaintiff FTC in the above-captioned matter. I have personal

knowledge of the facts set forth in this declaration. I submit this declaration in support of the

FTC's Motion to Exclude Testimony of Dr. Elizabeth Bailey.

1

2.  Attached as Exhibit A to this declaration is a true and correct copy of the Report of Dr. Marc Luppino dated April 10, 2026, served by Plaintiff in this matter and designated Confidential. This exhibit is being filed under seal.

3.  Attached as Exhibit B to this declaration is a true and correct copy of the Report of Dr. Elizabeth Bailey dated May 5, 2026, served by Defendants in this matter and designated Confidential. This exhibit is being filed under seal.

4.  Attached as Exhibit C to this declaration is a true and correct copy of excerpts of the transcript of the deposition of Dr. Elizabeth Bailey taken in this action on May 28, 2026, and designated as Confidential. This exhibit is being filed under seal.

5.  Attached as Exhibit D to this declaration is a true and correct copy of the Reply Report of Dr. Marc Luppino dated May 19, 2026, served by Plaintiff in this matter and designated Confidential. This exhibit is being filed under seal.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2026                Respectfully submitted,

 /s/ Edmund Saw
Edmund Saw (NY Bar No. 5680293) (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2174
Email: esaw@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*