

UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, D.C. 20580

Edmund Saw
Attorney
(202) 326-2174
esaw@ftc.gov

June 26, 2026

**VIA ECF**

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:    Federal Trade Commission v. Henkel AG & Co KGaA, et al. Case No. 1:25-cv-10371

Dear Judge Failla:

Pursuant to this Court's Rule of Individual Practice 9(B)(i), Paragraph 9 of the Stipulated Protective Order, ECF No. 59 (the "Protective Order"), and ECF No. 133, the Federal Trade Commission ("FTC") respectfully submits this letter motion seeking an order temporarily sealing portions of Plaintiff's Reply Memorandum of Law in Support of Motion to Exclude Testimony of Dr. Elizabeth Bailey ("Reply Brief").

The information the FTC seeks to redact in its Reply Brief references information designated confidential by Defendants and nonparties. In designating the information confidential, Defendants and nonparties asserted that the information is commercially and competitively sensitive. The Court has previously granted the FTC's request to file its Motion to Exclude Testimony of Dr. Elizabeth Bailey temporarily under seal while the parties and nonparties assess what information they may seek to permanently seal. *See* ECF 142. And the Court has instructed that Paragraph 9 of the Protective Order obviates the need for separate sealing motions. *Id*.

To comply with the Protective Order, the FTC respectfully requests that this letter motion be granted in its entirety and the Court "So Order" the FTC's request to file portions of the Reply Brief temporarily under seal.

Dated: June 26, 2026

Respectfully submitted,

/s/ Edmund Saw
Edmund Saw (NY Bar No. 5680293) (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-2174
Email: esaw@ftc.gov

Abby L. Dennis (DC Bar No. 994476) (*pro hac vice*)
Peggy Femenella (DC Bar No. 4727700) (*pro hac vice*)
Nicole Lindquist (DC Bar No. 975593) (*pro hac vice)*
Joseph Alexander Ansaldo (VA Bar No. 75870) (*pro hac vice*)
Nathan Brenner (IL Bar No. 6317564) (*pro hac vice*)
Maria Cirincione (DC Bar No. 999496) (*pro hac vice*)
Christopher D'Silva (NY Bar No. 6085070) (*pro hac vice*)
Justin Epner (DC Bar No. 1028431) (*pro hac vice*)
Sean Hughto (DC Bar No. 421224) (*pro hac vice*)
Frances Anne Johnson (MD Bar No. 1412170060) (*pro hac vice*)
Sarah Kerman (DC Bar No. 90017957) (*pro hac vice*)
Timothy Singer (DC Bar No. 1048769) (*pro hac vice*)
Edmund Saw (NY Bar No. 5680293) (*pro hac vice*)

*Counsel for Plaintiff Federal Trade Commission*

cc: All Counsel of Record (via ECF)

Application GRANTED.

The Clerk of Court is directed to maintain portions of the FTC's reply memorandum of law in support of its motion to exclude the testimony of Dr. Elizabeth Bailey and supporting papers under seal, viewable to the Court and the parties only.  The Clerk of Court is further directed to terminate the pending motion at docket entry 161.

Dated:    June 30, 2026
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE