# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

            Plaintiff,

    v.

HENKEL AG & CO. KGAA,

HENKEL OF AMERICA, INC.,

HENKEL US OPERATIONS CORP.,

AIP, LLC d/b/a AMERICAN INDUSTRIAL PARTNERS,

A-PAINT HOLDING LP,

    and

A-PAINT TOPCO, INC.,

            Defendants.

Case No. 1:25-cv-10371-KPF

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Barrett J. Anderson for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia and that his contact information is as follows:

Barrett J. Anderson
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2237
Email: banderson1@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry  167.

Dated:  July 2, 2026
      New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge