**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

                Plaintiff,

        v.

HENKEL AG & CO. KGAA,
HENKEL OF AMERICA, INC.,
HENKEL US OPERATIONS CORP.,
AIP, LLC d/b/a AMERICAN INDUSTRIAL
PARTNERS,
A-PAINT HOLDING LP,
      and
A-PAINT TOPCO, INC.,

                Defendants.

Case No. 1:25-cv-10371-KPF



**STIPULATIONS OR AGREED STATEMENTS OF
FACT OR LAW TO WHICH ALL PARTIES CONSENT**

Pursuant to Judge Failla's Individual Rule 7.A.viii, the parties have stipulated and agreed to the following statements of fact or law:

1.    Henkel AG & Co. KGaA is a German multinational chemical and consumer goods company headquartered in Düsseldorf, Germany.

2.    Henkel AG & Co. KGaA generated approximately 20.495 billion Euros in sales in 2025.

3.    Henkel AG & Co. KGaA has two business units: Adhesives Technologies and Consumer Brands. Adhesives Technologies generated approximately 10.667 billion Euros in sales in 2025.

4.    Henkel of America, Inc. is a subsidiary and Henkel US Operations Corporation is an indirect subsidiary of Henkel AG & Co. KGaA and are both headquartered in Connecticut.

5.    Henkel sells construction adhesives in the United States, primarily under the Loctite brand.

6.    Henkel's Loctite construction adhesives are sold as either Loctite PL or Loctite Power Grab.

7.    AIP, LLC d/b/a/ American Industrial Partners ("AIP") is a private equity firm headquartered in New York, New York.

8. AIP is an investment advisor to AIPCF VII Indirect Investor AIV LP and AIPCF VIII Indirect Investor AIV LP.

9. AIPCF VII Indirect Investor AIV LP ("Fund VII") and AIPCF VIII Indirect Investor AIV LP ("Fund VIII") are affiliates of AIP and have indirect ownership interests in A-Paint Holding LP.

10. A-Paint Holding LP is headquartered in New York, New York.

11. A-Paint Topco, Inc. is an indirect subsidiary of A-Paint Holding LP and is headquartered in New York, New York.

12. A-Paint Topco, Inc.'s assets include Liquid Nails, Homax, and Mulco brands.

13. A-Paint sells construction adhesives in the United States under the Liquid Nails brand.

14. Liquid Nails construction adhesives have various product names.

15. Homax does not offer construction adhesives for sale. Mulco does not offer construction adhesives for sale in the United States.

16. In December 2024, certain affiliates of Fund VII and Fund VIII completed the acquisition of the U.S. and Canadian architectural coatings business of PPG Industries, Inc. ("PPG") for $550 million. After closing, PPG's U.S. and Canadian architectural coatings business was renamed The Pittsburgh Paints Company ("PPC"). PPC is a supplier of interior and exterior paints, as well as certain coatings and specialty products. PPC's specialty business includes the Liquid Nails, Homax, and Mulco brands.

17. Henkel submitted a bid to PPG for a subset of its U.S. and Canadian architectural coatings business, specifically, the Liquid Nails, Homax, and Mulco brands, but PPG did not select Henkel as the buyer.

18. The code name for PPG's sale of its U.S. and Canadian architectural coatings business was Project Paris.

19. On April 15, 2025, Henkel US Operations Corporation agreed to acquire all of the issued and outstanding shares of capital stock of A-Paint Topco, Inc. for $725 million (the "Proposed Transaction").

20. The Proposed Transaction's codenames are Project Longhorn and Project Clipper.

2

Respectfully submitted,

/s/ Abby L. Dennis
Abby L. Dennis
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-2381
Email: adennis@ftc.gov

*Counsel for Federal Trade Commission*

/s/ David I. Gelfand
David I. Gelfand
Cleary Gottlieb Steen & Hamilton
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
Phone: (202) 974-1690
Email: dgelfand@cgsh.com

*Counsel for Henkel AG, Henkel of America, Inc., Henkel US Operations Corp.*

/s/ Edward W. Duffy
Edward W. Duffy
Baker Botts LLP
700 K Street NW
Washington, DC 20001
Phone: (202) 639-7700
Email: ed.duffy@bakerbotts.com

*Counsel for AIP, LLC, A-Paint Holding LP, A-Paint Topco, Inc.*

Dated:     July 7, 2026
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

3