July 28, 2026

**VIA ECF**

MEMO ENDORSED

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: *Federal Trade Commission v. Henkel AG & Co. KGaA, et al.*, Case No. 1:25-cv-10371-KPF

Dear Judge Failla:

Pursuant to Rule 9(B)(i) of the Court's individual rules, and Paragraph 9 of the Protective Order (ECF No. 59), Defendants respectfully request that the Court enter an Order temporarily permitting Defendants to file their Post-Trial Proposed Findings of Fact and Conclusions of Law under seal. Defendants' filing includes commercially and competitively sensitive information concerning Defendants and nonparties that has previously been designated as confidential, some of which was discussed in closed session at trial. *See* Trial Tr. 240:4–19 (finding that a limited category of information was too sensitive to be discussed in open court).

At trial, the Court granted Defendant's request to file a redacted version of their Post-Trial Proposed Findings of Fact and Conclusions of Law by Friday, July 31, 2026. *See* Trial Tr. 1165:1–7.

Respectfully submitted,

*/s/ David I. Gelfand*
David I. Gelfand
Cleary Gottlieb Steen & Hamilton
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
Phone: (202) 974-1500
Email: dgelfand@cgsh.com

*Counsel for Henkel AG, Henkel of America, Inc., Henkel US Operations Corp.*

*/s/ Edward W. Duffy*
Edward W. Duffy

Baker Botts LLP
700 K Street NW
Washington, DC 20001
Phone: (202) 639-7700
Email: ed.duffy@bakerbotts.com

*Counsel for AIP, LLC, A-Paint Holding LP, A-Paint Topco, Inc.*

cc: All Counsel of Record (via ECF)

Application GRANTED.

The Clerk of Court is directed to maintain Defendants' post-trial proposed Findings of Fact and Conclusions of Law (Dkt. #182) under seal, viewable to the Court and the parties only. The Clerk of Court is further directed to terminate the pending motion at docket entry 181.

Dated: July 29, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE