UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

Plaintiff,

-v.-

HENKEL AG & CO. KGAA; HENKEL OF AMERICA, INC.; HENKEL US OPERATIONS CORP.; AIP, LLC, *doing business as* AMERICAN INDUSTRIAL PARTNERS; A-PAINT HOLDING LP; and A-PAINT TOPCO, INC.,

Defendants.

25 Civ. 10371 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On August 14, 2026, the Court filed and provided to the parties a sealed and unredacted copy of its Findings of Fact and Conclusions of Law after the bench trial held from July 13 to July 21, 2026. For the reasons set forth in those Findings of Fact and Conclusions of Law, the Court finds that the proposed acquisition of A-Paint Topco, Inc. ("A-Paint") by Defendants Henkel AG & Co. KGaA, Henkel of America, Inc., and Henkel US Operations Corporation (collectively, the "Henkel Defendants") would violate Section 7 of the Clayton Act, 15 U.S.C. § 18, and Section 5 of the Federal Trade Commission Act, 15 U.S.C. § 45, and accordingly permanently ENJOINS the Henkel Defendants from acquiring A-Paint.

The Court will allow the parties to propose redactions in accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). On or before **September 11, 2026**, the parties shall file a joint letter suggesting

redactions to the Findings of Fact and Conclusions of Law. Taking the parties' suggestions into consideration, the Court will then file a redacted version of the Findings of Fact and Conclusions of Law on the public docket.

SO ORDERED.

Dated: August 14, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge