UNITED STATES OF AMERICA
Federal Trade Commission
WASHINGTON, D.C. 20580

BUREAU OF COMPETITION
MERGERS II DIVISION

September 11, 2026

MEMO ENDORSED

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290
Failla_NYSDChambers@nysd.uscourts.gov

**Re: Federal Trade Commission v. Henkel AG & Co. KGaA, et al., Case No. 1:25-cv-10371**

Dear Judge Failla:

The Federal Trade Commission ("FTC") has identified information in its Complaint, ECF 3, that was previously filed temporarily under seal and that subsequently was publicly disclosed during trial. The FTC seeks to file on the public docket a lesser redacted Complaint lifting those redactions, to which Defendants do not object, while maintaining other redactions from the originally filed Complaint.

Accordingly, pursuant to this Court's Rule of Individual Practice 9(B)(i), Paragraph 9 of the Stipulated Protective Order, ECF 59, and ECF 133, the FTC respectfully seeks an Order permitting the FTC to file a lesser-redacted Complaint for Permanent Injunction for public view on the Court's ECF system.

Dated: September 11, 2026

Respectfully submitted,

*/s/ J. Alexander Ansaldo*
J. Alexander Ansaldo (VA Bar No. 75870) (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Phone: 202-326-3695
Email: jansaldo@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

cc: All counsel of record (via ECF)

Application GRANTED. The FTC shall file a lesser-redacted Complaint for Permanent Injunction for public view on or before **September 18, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 194.

Dated: September 11, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE