UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

Plaintiff,

-v.-

HENKEL AG & CO. KGAA; HENKEL OF AMERICA, INC.; HENKEL US OPERATIONS CORP.; AIP, LLC, *doing business as* AMERICAN INDUSTRIAL PARTNERS; A-PAINT HOLDING LP; and A-PAINT TOPCO, INC.,

Defendants.

25 Civ. 10371 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On September 11, 2026, the FTC filed a letter motion requesting leave to file a lesser-redacted Complaint for Permanent Injunction. (Dkt. #194). On the same day, the Court granted the FTC's requested leave. (Dkt. #198). In the intervening period between when the FTC's letter motion and the Court's Order were docketed, the FTC filed its proposed lesser-redacted complaint. (Dkt. #195).

Thus, the Court will deem the complaint filed on September 11, 2026 (Dkt. #195) to be the operative, public version of the Complaint for Permanent Injunction, in satisfaction of the Court's Order at docket entry 198.

SO ORDERED.

Dated: September 14, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge